# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST COMPANY,** | : : : | **CIVIL ACTION NO. 1:09-CV-2340** |
| | : | **(Judge Conner)** |
| **Plaintiff** | : : | |
| v. | : : | |
| **GILBERTO ST. ROSE and CHERYL ST. ROSE,** | : : : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 29th day of November, 2010, upon consideration of plaintiff's petition to continue marshal's sale (Doc. 15) on real property situated at 2217 Yellowstone Drive, Blakeslee, Pennsylvania 18610, and after notice of the filing of said petition to defendants, it is hereby ORDERED that:

1. Said motion (Doc. 15) is GRANTED.

2. The marshal's sale scheduled for November 30, 2010, is continued to December 28, 2010, at the location previously noticed on all parties without further advertising or notice necessary.

3. The Marshal's Office shall announce said continuance at the sale on November 30, 2010.

4. A copy of this Order shall be served upon defendants via first-class mail, postage pre-paid.

                                                   S/ Christopher C. Conner
                                                   CHRISTOPHER C. CONNER
                                                   United States District Judge