# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST COMPANY,** | : | **CIVIL ACTION NO. 1:09-CV-2340** |
| | : | |
| | : | **(Judge Conner)** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **GILBERTO ST. ROSE and CHERYL ST. ROSE,** | : | |
| | : | |
| **Defendants** | : | |

## <u>ORDER</u>

AND NOW, this 20th day of December, 2010, upon consideration of plaintiff's petition to continue marshal's sale (Doc. 19) on real property situated at 2217 Yellowstone Drive, Blakeslee, Pennsylvania 18610, and after notice of the filing of said petition to defendants, it is hereby ORDERED that:

1. Said motion (Doc. 19) is GRANTED.

2. The marshal's sale scheduled for December 28, 2010, is continued to January 25, 2011, at the location previously noticed on all parties without further advertising or notice necessary.

3. The Marshal's Office shall announce said continuance at the sale on December 28, 2010.

4. A copy of this Order shall be served upon defendants via first-class mail, postage pre-paid.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge